## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 64 MM 2014

Respondent :

v. :

CARLTON ROY SMITH, :

Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 11th day of August, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. See Pa.R.Crim.P. 120(B) and Pa.R.Crim.P. 122(B)(2), Comment. Counsel of record is directed to file a Petition for Allowance of Appeal within 30 days of this order.